1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 454-3111
4 | Facsimile: (916) 454-3131

5 | Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICENT MESTA** | Case No. CIV-08-2994 KJM |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from June 25, 2009, to September 22, 2009.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through mid September 2009.

/ / / /

/ / / /

/ / / /

1

Dated: June 23, 2009             */s/Bess M. Brewer*
                                 BESS M. BREWER
                                 Attorney at Law

                                 Attorney for Plaintiff


Dated: June 23, 2009             Lawrence G. Brown

                                 Acting United States Attorney

                                 */s/ Elizabeth Firer*
                                 ELIZABETH FIRER
                                 Special Assistant U.S. Attorney
                                 Social Security Administration

                                 Attorney for Defendant


**ORDER**

The extension requested is hereby granted.  No further extensions will be approved without a showing of extraordinary circumstances.  APPROVED AND SO ORDERED.

DATED:  June 26, 2009.

_____
U.S. MAGISTRATE JUDGE

2