1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICENT MESTA** | Case No. CIV-08-2994 KJM |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from September 22, 2009. This extension is required due to Plaintiff's counsel's extremely heavy briefing schedule.

////

////

////

1

Dated: September 22, 2009          */s/Bess M. Brewer*
                                                    BESS M. BREWER
                                                    Attorney at Law

                                                    Attorney for Plaintiff


Dated: September 22, 2009          Lawrence G. Brown

                                                    Acting United States Attorney

                                                    /s/ *Elizabeth Firer*
                                                    ELIZABETH FIRER
                                                    Special Assistant U.S. Attorney
                                                    Social Security Administration

                                                    Attorney for Defendant


**ORDER**

      The extension is approved through October 9, 2009.

      APPROVED AND SO ORDERED.

DATED:  September 23, 2009.

                                                    U.S. MAGISTRATE JUDGE