1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICENT MESTA** | Case No. CIV-08-2994 KJM |
| Plaintiff, | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from October 9, 2009, to November 9, 2009  This extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: October 9, 2009  /s/Bess M. Brewer
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff


Dated: October 13, 2009  Lawrence G. Brown

Acting United States Attorney

/s/ Elizabeth Firer
ELIZABETH FIRER
Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

* * *

**ORDER**

No further extensions will be granted without a showing of extraordinary cause.  APPROVED AND SO ORDERED.

DATED:  October 14, 2009.

_____
U.S. MAGISTRATE JUDGE

2