BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
LEO R. MONTENEGRO
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8983
    Facsimile:  (415) 744-0134
    E-Mail: Leo.R.Montenegro@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| VINCENT MESTA,<br>    Plaintiff,<br>v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | Case No. 2:08-CV-02994-KJM<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to take the following action:

    The ALJ will be directed to offer Plaintiff a new hearing and the opportunity to present new evidence. The ALJ will obtain testimony from a vocational expert to determine what effect the need to alternate between sitting and standing has on Plaintiff's ability to perform other work that exists in significant numbers in the national economy.

    Because Plaintiff has filed a subsequent concurrent claim on March 11, 2008, which was denied at the initial and reconsideration level, the ALJ will consolidate the claims and issue a

1

decision on the associated claims.  The parties stipulate that no specific aspect of the ALJ's prior decision is affirmed.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: December 17, 2009         *s/*  _____
                                 (As authorized by email)
                                 BESS M. BREWER
                                 Attorney for Plaintiff

Dated: December 17, 2009         BENJAMIN B. WAGNER
                                 United States Attorney

                            By *s/ Leo R. Montenegro*
                                 LEO R. MONTENEGRO
                                 Special Assistant U. S. Attorney

                                 Attorneys for Defendant

OF COUNSEL TO DEFENDANT:
DANIEL P. TALBERT
Assistant Regional Counsel, Region IX
Social Security Administration

<u>ORDER</u>

APPROVED AND SO ORDERED:

DATED:  January 4, 2010.

_____
U.S. MAGISTRATE JUDGE

2