```
BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
        333 Market Street, Suite 1500
        San Francisco, California 94105
        Telephone: (415) 977-8926
        Facsimile: (415) 744-0134
        E-Mail: Daniel.Talbert@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| VINCENT MESTA,          ) | Case No. 2:08-CV-02994-KJM |
|     Plaintiff,     ) | |
| v.                           ) | STIPULATION AND ORDER FOR |
|                              ) | THE AWARD OF ATTORNEY FEES PURSUANT |
|                              ) | TO THE EQUAL ACCESS TO JUSTICE ACT, |
| MICHAEL J. ASTRUE,   ) | 28 U.S.C. § 2412(d) |
| Commissioner of Social Security, ) | |
|     Defendant.    ) | |
| _____) | |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of TWO THOUSAND ONE HUNDRED dollars and 0 cents ($2,100.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of TWO THOUSAND ONE HUNDRED dollars and 0 cents

Stip. & Order for EAJA Fees                              1

($2,100.00) in EAJA fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this civil action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted April 26, 2010.

Respectfully submitted,

Dated: April 26, 2010

/s/ Bess M. Brewer
(As authorized via email)
BESS M. BREWER
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

Date: April 26, 2010    By s/ Daniel P. Talbert
DANIEL P. TALBERT
Special Assistant U. S. Attorney

Attorneys for Defendant Michael J. Astrue

ORDER

APPROVED AND SO ORDERED.

DATED: July 19, 2010.

_____
U.S. MAGISTRATE JUDGE

Stip. & Order for EAJA Fees              2